John V. Lewis, Respondent, v. Wallace C. Andrews, Appellant. — Judgment affirmed, with costs. Opinion by Bartlett, J.

Jacob Scholle and others, Individually and as Executors, Respondents, v. The Mayor, etc., Appellant. — Judgment affirmed, with costs Opinion by Bartlett, J.

## FOURTH DEPARTMENT, JULY TERM, 1889.

**Decisions handed down, July 20, 1889.**

The Central Trust Company of New York, Respondent, v. Syracuse and Binghamton Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Hardin, P. J. Mem. by Martin, J.

The Board of Health of the Town of Kortright, Plaintiff, v. Stephen Cease, Defendant. — Motion granted and a new trial ordered, with costs to abide the event. Opinion by Martin, J.

Hannah M. Van Epps, Respondent, v. Simon Clock and John Wells, Appellants. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Jacob Ackerman and others, Appellants, v. James O'Gorman, Respondent, Impleaded, etc. — Order reversed, with ten dollars costs and disbursements and motion of defendant denied. Opinion by Merwin, J.

Charles H. Hart, Respondent, v. John F. Ryan and others, Appellants. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

The People of the State of New York, Respondent, v. Stanley Morehouse, Appellant. — Judgment and order affirmed and the clerk directed to enter judgment and remit a certified copy with the return and decision of this court to the Court of Sessions of Chemung county, pursuant to sections 547 and 548 of the Code of Criminal Procedure. Opinion by Martin, J.

Augustus G. Wood and another, appellants, v. James Carleton, Respondent. — Judgment reversed on the exceptions and a new trial ordered before another referee, with costs to abide the event. Opinion by Merwin, J.; Mem. by Hardin, P. J.

In the Matter of the Petition for the Sale of the Real Estate of David Merchant, Deceased, for the payment of debts and funeral expenses. — Decree of the surrogate of Oswego county modified, by reducing the debt of Warren Merchant, as fixed by the decree, to the sum of $727.21, and as so modified affirmed, without costs of this appeal to either party against the other. Opinion by Merwin, J.

Jacob Deach, Respondent, v. William H. Perry, Appellant. — Judgment reversed and a new trial ordered before another referee, with costs to abide the event, unless the plaintiff shall stipulate to reduce the report and judgment by striking out the sum of four dollars and fifty cents, and the interest thereon, from the date of the referee's report, in which event the report and judgment, as so modified, are affirmed, without costs of this appeal to either party. Opinion by Hardin, P. J.

John M. Olmstead, Respondent, v. Robert S. Rich and Stephen W. Rich, Appellants. — Judgment affirmed, with costs. Opinion by Merwin, J.

Mary Fox, Appellant, v. The Onondaga County Savings Bank, Respondent. — Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. Opinion by Hardin P. J.

Caroline C. Piper, Respondent, v. John L. Hoard, Appellant. — Judgment affirmed, with costs, on the opinion of Williams, J., delivered at Special Term.

Charles Cleveland, Respondent, v. The New Jersey Steamboat Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Bernard Ryan, Respondent, v. Syracuse, Binghamton and New York Railroad Company, Appellant. — Judgment and order affirmed,

with costs, on the opinion of Parker, J., delivered at Special Term.

Margaret Dexter, Respondent, v. Randolph Beard, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.; Merwin, J., not sitting.

Henri M. Braem and others, Appellants, v. The Merchants' National Bank of Syracuse, Respondent. — Judgment affirmed, with costs. Opinion by Martin. J.

Edwin Wallace and others, Appellants, v. James R. O'Gorman and others, Respondents. — Judgment affirmed, with costs. Opinion by Merwin, J.

Henry Mackey and another, Respondents, v. Julia A. Webb, Appellant. — Judgment of Jefferson County Court affirming the justice's judgment affirmed, with costs. Opinion by Martin, J.

James L. McMullin, Respondent, v. John Mackey, Appellant. — Judgment of the County Court of Jefferson county, and that of the Justices' Court, reversed, with costs. Opinion by Merwin, J.

Maria E Woodman, Respondent, v. Thomas D. Penfield, as Sheriff, Appellant. — Judgment affirmed, with costs. Opinion by Martin, J.

Lanie M. Petrie, Respondent, v. Morgan Petrie, Appellant, Impleaded, etc. — Order affirmed, with costs. Opinion by Merwin, J.

The Board of Supervisors of Oswego County, Respondent, v. Charles E. Betts, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Eunice House, Appellant, v. Orlando Howell and others, Respondents. — Judgment affirmed, with costs. Opinion by Martin, J.

John Hastings, Respondent, v. The New York, Ontario and Western Railway Co., Appellant. — Judgment of the Delaware County Court affirmed, with costs. Opinion by Merwin, J.

Wesley B. Holmes and another, Appellants, v. Harvey Young, Respondent. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Charles H. Hudson, Respondent, v. James K. Spaulding and others, Appellants. — Judgment reversed on the exceptions and a new trial ordered before another referee, with costs to abide the event. Opinion by Merwin, J.

Henry R. Kenyon and George H. Kenyon, Respondents, v. Enoch Covert and Thomas G. Miller, Appellants. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

George W. Parshall, Respondent, v. Mary Ann Smith, Appellant. — Judgment of the County Court of Otsego county, affirming the justice's judgment, affirmed, with costs. Opinion by Martin, J.

Francis M. Robinson, Respondent, v. Charles W. Smith and another, Appellants. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Bernard H. Smith, Respondent, v. The City of Utica, Appellant. — Judgment of the County Court of Oneida county affirmed, with costs. Opinion by Martin, J.

George Van Gorden, Respondent, v. Allen B. Sackett, Appellant. — Judgment of the County Court of Schuyler county affirmed, with costs. Opinion by Merwin, J.

The People of the State of New York v. E. Remington & Sons (In the Matter of the Claims of Thomas Ringwood and others). — Order affirmed, with ten dollars costs and disbursements. Opinion by Martin, P. J.

James G. Kitchen, Appellant, v. Samuel S. Lowery and others, Respondents. — Judgment affirmed, with costs. Opinion by Merwin, J.